

FILED 1 MAR '13 10:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR'13-097 HZ |
| v. | INFORMATION |
| DAWN MARIE CARSON, | Embezzlement and Theft of Labor Union Assets by Employee (29 U.S.C. § 501(c)) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Embezzlement and Theft of Labor Union Assets by Employee - 29 U.S.C. § 501(c))**

Beginning not later than December 17, 2007, and continuing until January 2010, in the State and District of Oregon, the defendant, DAWN MARIE CARSON, while a person employed, directly and indirectly, by Carpenters' Local Union No. 247, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $6,900.00, all in violation of Title 29, United States Code, Section 501(c).

Dated this 22d day of February 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

Ryan W. Bounds, OSB #00012
Assistant United States Attorney